*John A. Morhous, Acting Town Attorney, Town of Hempstead,* for A. Holly Patterson and others, constituting the Town Board of the Town of Hempstead, *amici curiæ.*

*Jules B. St. Germain* for Virginia Repper, on behalf of herself and all other residents and property owners in Harbor Island, Island Park, Nassau County, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of the Arbitration between MOSES FIXLER et al., Appellants, and RACHEL Z. SEGAL et al., Respondents.

Argued May 22, 1953; decided July 14, 1953.

896

*Benjamin Weberman* and *Edmund A. Koblenz* for appellants.

*Moses M. Weinstein* for Sepsel Seidman, respondent.

*Milton M. Karpel* for Rachel Z. Segal and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.